JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER, | Case No. 5:23-cv-01302-RGK-KKx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| JOHN HENRY WILSON, et al., | |
| Defendant(s). | |

On October 11, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [14] ("OSC"), which ordered plaintiff to file proof of timely service of the summons and complaint on all defendants. On October 13, 2023, plaintiff filed a response to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: October 17, 2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE